# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CRIMINAL ACTION NO.** |
| | ) | |
| Plaintiff, | ) | **4:20-CR-00304-P-1** |
| | ) | |
| v. | ) | |
| | ) | |
| **MARY JANE MCINTYRE,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## UNOPPOSED MOTION FOR PERMISSION TO CHANGE PLACE OF RESIDENCE

Currently, Ms. McIntyre is continued on release until June 8, 2021, and her travel is limited to the Northern District of Texas.

She requests permission to move to the Western District of Missouri. Given the fact that she will soon report to serve a prison sentence, she has resigned from her position at work and would like to spend a few weeks before she surrenders with her daughter and family who reside in the Kansas City area. The area at which she plans to reside is 8106 Elm Ave., Raytown, MO 64138.

Respectfully submitted,

/s/ Franklyn Mickelsen
Franklyn Mickelsen
TX Bar No. 14011020
Broden & Mickelsen
2600 State Street
Dallas, Texas 75204
214-720-9552
214-720-9594 (facsimile)
mick@texascrimlaw.com

Attorney for Defendant
Mary Jane McIntyre

## **CERTIFICATE OF CONFERENCE**

I, Franklyn Mickelsen, certify that I conferred with Robert J. Boudreau of the U.S. Attorney's Office on May 6, 2021, and he is unopposed to this motion.

/s/ Franklyn Mickelsen
Franklyn Mickelsen

## **CERTIFICATE OF SERVICE**

I, Franklyn Mickelsen, certify that on May 6, 2021, I caused a copy of the foregoing document to be served by the electronic case filing system (ECF) on all counsel of record.

/s/ Franklyn Mickelsen
Franklyn Mickelsen